FLOYD AND SONS, INC. v. CAPE FEAR FARM CREDIT

No. 269P99

Case below: 127 N.C.App. 753

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

FOSTER v. CAROLINA MARBLE AND TILE CO.

No. 159P99

Case below: 132 N.C.App. 505

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

GLENN v. GLENN

No. 120P99

Case below: 132 N.C.App. 584

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

GOODWIN v. SCHNEIDER NAT'L, INC.

No. 181P99

Case below: 350 N.C. 593
              132 N.C.App. 585

Motion by plaintiffs to reconsider denial of petition for discretionary review dismissed 22 July 1999.

GREEN v. SWIFT TEXTILES, INC.

No. 182P99

Case below: 132 N.C.App. 585

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.